**Exhibit 3**

Infringing Domains

Forwarded from temub.com

3/4/24, 8:18 PM

Home - Dashmee

About Us | My Account | Wishlist | Order Tracking | Login/Register

**Super Value Deals - Save more with coupons**

Need help? Call Us: **+1-339-333-6548**



 Vendor

 Compare

Wishlist

**Home**   **Women's Cloths**   **Electronics**

⊞ **Browse All Categories** ⌄

**Women's Bag**   **Hair & Beauty**

**Phone Accessories**





### Art & Decor
66 096



### Automotive
39 096



### Bags & Travel Gear
11 096



### Bathroom Wear
16 096



### Beauty Supply
54 096



Case: 1:24-cv-02050 Document #: 1-3 Filed: 03/11/24 Page 4 of 76 PageID #:29

3/4/24, 8:18 PM



































e Key Chain Emergency MAh ...



Spirit Snake One-piece Sunglasses ...

**$7.00**

New Oculus Quest Thousa...

**$22.00**



Round Neck Hoodies By M...

**$16.00**





Women's Woolen Coats Are...

**$58.00**





Suitable for Samsung Z Fol...

**$9.00**









**Computer Height Bracket, …**

**$42.00 – $49.00** 



**Magsafe Wireless Charge A…**

**$22.00** 



**Autumn/Winter Fashion Ha…**

**$18.00** 



**Style sexy long-sleeved pri…**

**$15.00** 



**Slick Winter Jacket**

**$17.00** 



**New Retractable Car Mobile…**

**$5.00** 



**Hooded Coats For Short Ve…**

**$17.00** 



**Two piece Fall Winter Color…**

**$27.00** 



**Necklace European and Am…**

**$5.20** 



**Autumn Clothes For Wome...**

**$34.00** 



**Multi-size Geometric Nail Ar...**

**$0.60**



**Fall Style Round-Neck Reg...**

**$22.00** 



**Backless sexy slit dress lo...**

**$17.00** 



**Woolen Coats Loose-fitting ...**

**$27.00** 



**Bikinis In Solid Colors With...**

**$5.00** 







**Retro Baseball Suit Couple ...**

$37.00 

**New Summer Fashion Halte...**

$17.00

**Portable Wooden Night Lig...**

$17.00 



**New Women's Small Dial S...**

$22.42 



**Camisole Slim Fitting Long ...**

$11.00 



**-in- Air Comb Automatic Cu...**

$17.00



**High Version Spring DIY S...**

$35.00 

**New 1.39-inch HD Screen B...**

$39.99 – $43.00 

**Pet Dog Spill Ball Tooth Gri...**

$2.40 – $8.80 

**Magnetic Levitation Potted ...**

$36.00 

**Small Curly Braid Long Hai...**

$30.00 

**Second Hair P HD Aerial Sp...**

$8.00 – $11.00 

**Xuping Jewelry Colorful Art...**

$7.41 

**Adhesive Wallpaper Decals ...**

$11.00 

**Lingerie underwear sleepw...**

$13.00 

**Sense Niche French Comm...**

$26.00 

**Bathroom Iron Racks Come...**

$4.00 

**Knitted One-shoulder Halte...**

$28.00 

**Glowing LED Light USB IN ...**

**Lucky Stone Ocean Lamp U...**

$23.00

**Set Of Necklaces**

$40.00

**MOK brand women's bracel...**

$23.74

**Snake Earrings With Elega...**

$5.20

**High-class, sophisticated, n...**

$34.00

**Royal Oak Steel Band Silic...**

**$14.00**

**Silver plated manufacturer ...**

**$1.50**

**Long Hetian Jasper Earring...**

**$4.20**

**Women's Wigs With Large ...**

**$29.00**

**Small G Bluetooth Speaker ...**

**$18.00**

**2 piece unisex Women'sFas...**

**$22.00**

**Peeling Scraping Fruit Knif...**

**$2.50**

**Pointed High Heels, Women...**

**$29.00**

**Clothing New One-shoulder...**

**$19.00**

3/4/24, 8:18 PM

**New Baby Girls' Christmas …**

**$23.00**

**Double-sided Coat.**

**$28.00**

**Car Oil Pump, First-generat…**

**$3.47**

**Latest Trends In Fashion: J…**

**$5.50**

**Men's Shoes New Spring A…**

**$22.00**

**For Fall And Winter, Men's …**

**$37.00**

**Cross Shoulder Fashion ea…**

**$24.00**

**Double-sided Double-sided …**

**$23.00**

**Flash LEDs for Decorate an…**

**$14.00 – $30.00**

3/4/24, 8:18 PM

**Levitating ML Water Drop H...**

**$15.00 – $26.00**

**Crystal Stone Flowers**

**$19.70**

**The Student USB Small Fan...**

**$26.00 – $35.00**

**Women's Anklets Beach Pe...**

**$4.50**

**Portable Dog Toilet Clips A...**

**$26.50**

**Women's Large Capacity H...**

**$35.00**

**Luxury Decor Shops In Nor...**

**Himalaya Princess Diana Bag**

**Nail Art Lines Painting Pen ...**

**$3.00 – $7.00**

**$45.00**

**$17.15**

**Dog Handles Pickers. Fecal...**

**$4.90**

**P High-definition WiFi Endo...**

**$11.00**

**OUHOE Modifies Teether F...**

**$2.00**

**Cloud Wireless Monitoring ...**

**$19.00 – $25.00**

**Silver Wrist Plated.**

**$2.90**

**The Cross Border Striped C...**

**$29.00**

**Pet Clothes Dog Clothes Pe...**

**$9.00**

**DQG高档绿水鬼商务日历男...**

**$9.00**

**Casual Camo Jacket Hoode...**

**$24.00**

**Women's Fashion Beyond ...**

**$36.00**

**Bathroom Artifacts Multi-fu...**

**$2.00 – $3.00**

**Floor Tripod With Bluetooth...**

**$4.00 – $15.00**

**Velvet Thickened Sweatshir...**

**$17.00**

**Daddy shoes women's ins t...**

**$35.00**

**Spring Autumn New Men's ...**

**$24.00**

**Mirror Wireless Bluetooth S…**

**$9.00**

**Off-the-shoulder evening g…**

**$37.00**

**Women's Jumpsuit, Autum…**

**$9.99**

**Autumn Spring Triangle Lo…**

**$29.00**

**Strapless tube top bag hip t…**

**$35.00**

**Seamless New High Elastic …**

**$17.00**

**Silent Rabbit Cute Mouse C…**

**$13.00**



**Blade Men's Shoes Spring …**

**$22.00**



**Footpads Automatic Anti-s…**

**$6.00**



Case: 1:24-cv-02050 Document #: 1-3 Filed: 03/11/24 Page 23 of 76 PageID #:48

3/4/24, 8:18 PM



**Tooth Gem Glue Dental Ada...**

**$8.00**

**Hidden Driving Recorder K...**

**$25.00 – $36.00**

**Wig Women Fashion Long ...**

**$25.00**

**Long-sleeved Sexy One-pie...**

**$13.00**

**Manufacturer .mm Android ...**

**$16.00**

**AM Fall Style Square Neck ...**

**$43.00**

**Artist Figure Art Painting A…**

**$18.33**

**Drills, jewelry, fast-selling, …**

**$7.00**

**Monitor camera wireless Wi…**

**$19.80** 

**Creative butterfly geometri…**

**$3.00**

**Split Sexy Hollow Solid Su…**

**$18.00** 

**Toilet infrared induction aut…**

**$18.00** 

**Banquet evening dress hig…**

**$24.00** 

**Landscape Courtyard Light...**

$14.00 – $23.50 

**CURREN CARREN 8106 Qu...**

$42.00 

**Tactical Shoulder Bag Conc...**

$34.00 

**Dimension Amazon 304 Sta...**

$3.20 

**New G28 Smart Watch Blue...**

$4.00 – $24.00 

**Yongdong Pendant Celestia...**

$6.00 

**Off-white stiletto high-heele...**

$22.00 

**TWS E6S E7S Wireless Hea...**

$13.00 

**Car trunk storage bag seat ...**

$16.00 – $22.00 

**BW Smartwatch With Heart …**

**$35.00**

**This WYZE Cam Pan Magne…**

**$20.00**

**Contrasting Color Design L…**

**$45.00**

**Fruit And Vegetable Washin…**

**$16.00**

**High top Lovers' Cricket Sh…**

**$32.00**

**Solar Road Spike Light Out…**

**$18.00 – $26.00**

**Irregular sexy hollow slit de…**

**$49.99**

**New fashion autumn wome…**

**$19.00**

**Special Transparent Glue F…**

**$2.00 – $3.00**

**Ne original Long Sleeve Shi…**

**$22.00**

**Diamond Cover Up Mesh L…**

**$26.00**

**Spring Summer New Pants …**

**$27.00**

**New Fresh Jacket**

**$36.00**

**Trendy black mesh splicing…**

**$22.00**

**Long Curly Silky Matte Hair**

**$34.00**

**Station Women's Nightclub …**

**$12.00** 

**Electronic Nail Trimmer For…**

**$13.00** 

**New Dog Traction Ropes A…**

**$6.00 – $9.00** 

**Wine Elevation stand for ho…**

**$5.50 – $7.70** 

**Cat Comb , Wide Variety Of …**

**$4.50** 

**Anti-clogging Sink Cores A…**

**$0.70 – $5.60** 

**Wigs In Bobo Wave, Straigh…**

**$15.00** 

**Sexy Spring/Summer Wom…**

**$14.00** 

**Multicolor Wigs**

**$9.00** 

**Leather Jacket With A Uniq...**

**$39.00**

**Style High Street Wide Leg ...**

**$25.00**

**New Autumn/Winter Fashio...**

**$47.00**

**Elegant Clothing Chain Holl...**

**$28.00**

**Station Autumn New Men's ...**

**$8.99**

**Winter New Geometric Bird ...**

**$17.99**

**Hair Loss Prevention Growt...**

**$4.00**

**Suitable For Apple Phone C...**

**$5.40**

**Elegant Waist Slimming Ca...**

**$35.00**

**New Fashion Frameless Cu...**

**$6.00**

**Wigs For Women, Fashiona...**

**$14.60**

**Outdoor Portable Small Fir...**

**$26.00**

**New Men's Casual Travel S...**

**$34.00**

**Women's Woolen Jackets O...**

**$19.00**

**Autumn Winter New Clothin...**

**$26.00**

**New Women's Bags, Large ...**

**$19.00**

**Sweatshirt Men's Trendy Br...**

**$17.00**

**Women Summer Cardigan ...**

**$18.00**

**Women's Fashion Elegance...**

**$16.00**

**Women's Summer Shorts C...**

**$7.00**

**Authentic Men's Watch Wat...**

**$16.00**

**Solar Energy LED Undergro...**

**$16.00 – $38.00**

**G Heavyweight Fashion Bra...**

**Shit-stained summer sanda...**

**$13.00**

**Car mounted inflation pum...**

**$18.00 – $29.00**

**E13 Smart Glasses Call Gla...**

**$29.00**

**Summer new fashion sexy ...**

**$29.99**

**Slick Laptop Bag Travel Lig...**

**$25.00**

**The Wifi Camera Is A Wirele...**

**$25.00 – $39.90**

**360-degree Rotation Remot...**

**$14.00**

**Water Drop Anti-gravity Ho...**

**AK Condenser Mic Live So...**

**New Men's Letter Buckle B ...**



**$25.00**

**$18.00 – $35.00**

**$8.00**

**Polyester cotton knitted wri...**
**$0.75**

**Popular Summer Leisure F...**
**$17.00**

**Printer Print Documents An...**
**$55.00 – $69.00**

**Claw Head Massager With ...**
**$18.00**

**Magic Expandable Garden ...**
**$44.68 – $98.20**

**Wireless Bluetooth Headph...**
**$8.00**

**Color LED Night Light – Ha…**

**$22.00 – $29.00**



**Suitable for iPhone 12 Appl…**

**$1.32**



**Moving Tool**

**$6.00 – $14.00**



**Modern Street Building Can…**

**$15.03**



**Modern luxury living room, …**

**$43.23**



**Wholesale of European and…**

**$8.80**



**Amazon.com Large Outdoo…**

**$14.00 – $30.45**



**Stylish Bag With A High-qu…**

**$18.00**



**Men's Shoes Fashion Mesh…**

**$22.00**





**WISH's popular women's m…**

**$7.13**

**AliExpress Hot Selling Men'…**

**$18.53**

**高档石英表简约莫桑石手表钻…**

**$23.99**

**Men's Watch Fashion Set Bl…**

**$6.00**

**TYPE-C OTG cable type-c i…**

**$1.50**

**Black Square Sunglasses …**

**$6.00**

**High Definition Camera P. D…**

**Camera K Micro Digital Ca…**

**Mink Coat With A Hood**

$65.00 

$100.00 – $120.00 

$29.00 

**Apple ProMax Case For IPh...**

$7.40 

**Trendy Jacket fresh Versatil...**

$39.00 

**Magsafe Wireless Charge A...**

$22.00 



**New Solid Color Casual Top...**

$25.00 

1   2   3   ...   26

Case: 1:24-cv-02050 Document #: 1-3 Filed: 03/11/24 Page 37 of 76 PageID #:62

**Planting**    **Planting**

**No Side Mark Export Solid Color Can...**

**$4.99**

**Printed Long Skirt**

**$7.99**

**New Four-sided A...**

**$7.00**



## Company

About Us

Become a Vendor

Privacy Policy

Terms & Conditions

Contact Us

Opt-in Message

Return Policy

## Help Line

Delivery Information

Shipping Details

Support Center

Privacy Policy

Terms & Conditions

About Us

Delivery Information

## Popular

Men's Fashion

Women's Fashion

Home & Lighting

Deal of the day

Women's' Summer cloth

Women's cloth

Jewlry

## Install App

From App Store or Google Play

Secured Payment Gateways

---

© 2020, dashmee.com – Shopping Unlimited All rights reserved

**+1-8007965310**
Working 8:00 - 22:00

**Follow Us**

  

Up to 30% discount on your first subscrib

**Winter Cotton Coat Men's Velvet Thickened Lamb Velvet Winter Coat New Cotton Coat Windproof Warm Coat**

**Spring Denim Jacket Men's Trendy Casual Retro Loose Jacket Top JEANS JACKETS**



The Wayback Machine - https://web.archive.org/web/20240222115216/https://temumore.com/

• FAST WORLDWIDE SHIPPING • FAST WORLDWIDE SHIPPING • FAST WO

**TemuMore**

# The Perfect Selection of Products

View all ›

# Trusted By Over 4,400+ Happy Customers

We average 5-star reviews from trusted online sources such as Facebook, Amazon and Trustpilot!

Read our customers reviews on our product page to hear directly from our happy customers!









## Trustpilot Reviews
### Based on 5-star reviews





## Amazon Reviews
### Based on 5-star reviews



## Facebook Reviews
### Based on 5-star reviews



## DON'T TAKE OUR WORD FOR IT.

## HEAR WHAT OUR CUSTOMERS SAY.



Jesscia J.

**Very Impressed!**

Amazing products at amazing prices, just like they say! Never been disappointed when buying from them. Shipping was super quick as well compared to other stores I've used.Going to buy more for the holidays coming up :)



Becca S.

**Unforgettable Ex**

I can't get enough
year-round sale wi
are substantial, and
recommended this
for introducing the



Got a question or comment? We're here to help! Our friendly and knowledgeable customer service team is available to assist you with anything you need.

Whether you're looking for more information about our products, need help with an order, or just want to say hello, we'd love to hear from you.

Get in touch with us today and let us know how we can help!"

**CONTACT NOW**

Never miss out on a deal again! Sign up for our newsletter and receive exclusive offers straight to your inbox.

E-mail 

**Main menu**

Home

Catalog

Contact Us

**Footer**

Home

All Products

Refund Policy

Privacy Policy

Terms of Service

Shipping & Delivery

**Happy Customers**

Free Shipping Worldwide!

100% Satisfaction Guaranteed!

30 Day Full Refund Policy!



© 2024, TemuMore. | Powered by Ecom Brands

# RISE APK



🏠 / **Apps** / **Personalization** /

**PERSONALIZATION**

# Temu Mod APK v2.9.5(Unlimited Money, Spin)

 4.5/5 - (6 votes)

## Temu

| **2.9.5** | **50,000,000+** | **4.6** |
|-----------|-----------------|---------|
| Version | Downloads | Ratings |

**Download Now (128 MB)**



## → Additional Information

| App Name | Temu Mod APK |
|----------|--------------|
| Publisher | Temu |

| | |
|---|---|
| Size | 128 MB |
| Latest Version | v2.9.5 |
| MOD Info | Unlimited Money, Spins |
| Genre | Personalization |
| Update | March 08, 2024 |
| Get It On |  |

## Download Now (128 MB)

## Table of Contents

What is your expression when you offer a simple and seamless buying experience with its user-friendly design, special discounts, and tailored suggestions? I can understand your reaction because I am aware of a program called Temu Mod APK. It allows users to browse a variety of things, make secure purchases, and engage with a lively community. You will experience unlimited gold coins, unlimited diamonds, or even unlimited levels.

It is a modified version of the original Temu app. You can easily experience the fun of the game without any effort. Temo Mod APK was developed by the Temo Team. The last version, v1.99.1, of the game is just 20.74 MB.



It offers users access to exclusive deals and discounts, as well as an improved user interface with faster loading times. Additionally, it provides secure payment options such as credit cards, debit cards, PayPal, etc., making sure all transactions are safe and protected against fraudsters. Furthermore, customers have access to their purchase history within the application itself, allowing them to track orders conveniently.

The app has an intuitive design that makes shopping easier than ever before. Users can easily browse categories or use filters such as price range or color preferences when searching for items they need or want quickly. Additionally, there are helpful product reviews available, which provide valuable insight into each item being considered by potential buyers.

##  How does Temu Mod APK Work?

With infinite products, it is a ground-breaking program that provides users with a cheap and simple shopping experience by offering

incredibly attractive deals with savings of up to 90% off retail prices.

Temu ensures a variety of options to the user's requirements and preferences by using a frequently updated folder. The app serves as a global marketplace, enabling customers from all over the world to access and buy premium goods from reliable producers at discounted prices.

 # Mod Features of Temu APK

Temu Mod APK is a pro version that has the following striking features;

## Unlimited Spins and Coins

Through the Temu APK, you can get unlimited spins and coins, as well as all the free stuff you want, without having to accept any invitations. This is the easiest way to make unlimited spins and coins on the TMU APK, and no codes are required to use this application.



## Unlimited Money

Temu provides unlimited money and access to a vast worldwide network of sellers, making it simpler for you to find premium items at the lowest prices. The app also offers a personal assistant that may either assist you in locating certain things that aren't currently available on the market or bargain for lower prices with suppliers.

## Unlimited Credits

Temu Mod Apk is the best-modified version that delivers premium features and lets you explore the locked segments. It helps you make free purchases with unlimited credits. This version delivers exclusive bonuses and offers massive discounts for users.

## Unlimited Gold and Levels

Mod APK premium version has different interpretations in different apps, such as game mod APK. You will experience unlimited gold coins, unlimited diamonds, or even unlimited levels, so you can easily experience the fun of the game without any effort.

## No Ads

With Mod APK, you can use all the features in Temu without watching ads. The advanced version of Temu Mod removes the features of charging in popular apps and eliminates many problems that require watching ads to use.

## Unlimited Resources

With the Temu mod version, players can enjoy unlimited resources and benefits, enhancing their gaming experience. This feature provides an edge to players, allowing them to explore the game more extensively and reach new heights of power.

Case: 1:24-cv-02050 Document #: 1-3 Filed: 03/11/24 Page 53 of 76 PageID #:78

## Excellent Customer Service Team

In addition, an excellent customer service team is always ready to answer questions regarding anything related to the ordering process, returns, refunds, etc., ensuring a smooth overall experience.



## How Do I Download Temu Mod APK on Android?

Ready to download and play Temu on your mobile device? Follow these simple steps:

- Come to our webpage (riseapk.com) and search for Temu.
- Press the Download APK button to begin downloading it onto your mobile device.
- Once the download has finished, begin the installation process of Temu on your phone by clicking APKfile from the file manager.
- After the installation is finished, open it and start playing Temu.



## Conclusion

Temu Mod APK is a game-changer in the world of [Android](#) shopping apps. It offers a suitable and continuous shopping experience with its user-friendly interface, unlimited money, unlocked everything, no ads, unlocked gold, and unlimited spins. Users can explore a wide range of products, make secure purchases, and interact with a vibrant community. Shopping has become more convenient, affordable, and enjoyable.

# FAQ's



Is the Temu Mod APK available for iOS devices?

How do I download the Temu++ installer?

Is there free delivery available?

Is Temu a scam?

Is the Temu new user glitch real?

How do I get tokens on Temu?

Does Temu glitch work?

Can I play mod APK of Temu APK on PC?

## Related Apps

**Youcine**
⬆ 32.14 M
⚡ v1.11.0

**Filmplus**
⬆ 21.60 M
⚡ v1.9.9r

**ccess**

**Teatv**

⬇ 12MB

⚡ v10.8.0

# Latest Update



### Torque Burnout Mod APK v3.2.9(Unlimited Money, Menu)

Download Now



### Pixel Gun 3D Mod APK v24.3.1(Unlimited Money, Ammo)

Download Now



### Bubble Witch 3 Saga Mod APK v8.1.0(Unlimited Boosters, Money)



Download Now

### Mistplay Mod APK v5.62.1(Unlimited Points, Money, Units)



Download Now

### Hunting Sniper Mod APK v1.8.1(Unlimited Money, Gold)



Download Now

# Apps

 Entertainment                 Tools

Photography                Social



Photography                                  Social

Books & Ref                                  Productivity

Music-Audio                                  Education

Communication                               Personalization

Video player                                 Lifestyle

# Games

Action                                       Adventure

Arcade                                       Board

Casual                                       Puzzle

Simulation                                   RPG

Strategy                                     Racing

Sports                                       Card

**About Us**    **DMCA Policy**    **Privacy Policy**    **Disclaimer**    **Contact Us**

    

Riseapk.net © Copyright 2023-2024. All Rights Reserved.





## About This Application →

Temu App Mod (Free Spins). Follow the instructions in the next page after you press the downloading button in order to activate the mod and generate free spins in your temu app.....
...

## Last Update Date

14/05/2023

## Rating And Reviews

**4.9**
★★★★★
521 Reviews

5
4
3
2
1

Leave Review | **Send**



0%

# Starfiles

The world's largest iOS archive.

## Hidden Services

TOR: http://starfilesmj35tuw5bf7qaxfpf4d6tydvqjbftzw23t3ghtjreyx45id.onion
I2P: http://vnt23fy3n5qiwojrkcec2i3ac6w5gkacdyrf2gobid6xjnq53ffq.b32.i2p

## Donation

Bitcoin: bc1qxfxt0k7ws49llv0wdj3tsyhr8wwr0z5thq5rtp
Monero:
41zcbma6ECS9awpfcoegTHXjcAEEqK9FrJuFceQp6gp9gdWgak1K55gNNhmED5etEj6QdDAUgLaE
wDDouwhy1d7fKTBFaQv



## Temu: Shop Like a Billionaire

starfiles.co/bundle_id/com.einnovation.temu

🔗 Share

👍 Like 0    Share

Search

2.17.0



Temu:_Shop_Like_a_Billionaire_v.
2.17.0_automatic_for_appdb.ipa
Uploaded 5 days ago
24.54MB

373 Downloads

Download    View

## 2.9.0



Temu:_Shop_Like_a_Billionaire_v.
1.94.0_spin_uploadedBy_ipabnb.i
pa
Uploaded 6 days ago
24.96MB

185 Downloads

Download    View

## 2.7.0

Temu:_Shop_Like_a_Billionaire_v.
1.94.0_spin_uploadedBy_ipabnb.i
pa

Uploaded 22 days ago
24.97MB

24 Downloads



Download    View

## 2.4.0



Temu:_Shop_Like_a_Billionaire_v.
1.94.0_Kief_uploadedBy_ipabnb.i
pa
Uploaded 17 days ago
25.73MB

64 Downloads

Download    View

## 1.95.0



Temu:_Shop_Like_a_Billionaire_v.
1.94.0_spin_uploadedBy_ipabnb.i
pa
Uploaded 21 days ago
24.15MB

27 Downloads

**Download** | **View**

## 1.81.0



Temu:_Shop_Like_a_Billionaire_v.
1.81.0_spin_uploadedBy_ipabnb.i
pa
Uploaded 20 days ago
27.46MB

302 Downloads

**Download** | **View**

## 1.63.0

Temu:_Shop_Like_a_Billionaire_v.
1.63.0_automatic_for_appdb.ipa
Uploaded 22 days ago
29.45MB

180 Downloads

**Download** | **View**

1.58.0

1.58.0



Temu:_Shop_Like_a_Billionaire_v.
1.58.0_Robert_uploadedBy_ipabn
b.ipa
Uploaded 20 days ago
27.74MB

182 Downloads

Download | View

1.56.0

Temu:_Shop_Like_a_Billionaire_v.
1.56.0_automatic_for_appdb.ipa
Uploaded 20 days ago
27.68MB

52 Downloads

Download | View

1.54.0





Temu:_Shop_Like_a_Billionaire_v.
1.54.0_automatic_for_appdb.ipa
Uploaded 21 days ago
27.48MB

52 Downloads

Download    View

## 1.50.0



Temu:_Canada_Grand_Opening_
v.1.50.0_automatic_for_appdb.ipa
Uploaded 21 days ago
27.29MB

51 Downloads

Download    View

## 1.49.0



Temu:_Canada_Grand_Opening_
v.1.49.0_automatic_for_appdb.ipa
Uploaded 21 days ago

27.2MB

382 Downloads

Download | View

## 1.47.0



Temu:_Canada_Grand_Opening_
v.1.47.0_automatic_for_appdb.ipa
Uploaded 19 days ago
27.11MB

50 Downloads

Download | View

## 1.45.0

Temu:_Shop_Like_a_Billionaire_v.
1.45.0_automatic_for_appdb.ipa
Uploaded 21 days ago
34.13MB

35 Downloads

Download | View



## 1.44.0

Temu:_Team_Up,_Price_Down_v.
1.44.0_automatic_for_appdb.ipa
Uploaded 20 days ago
27.01MB

76 Downloads

**Download** | **View**

## 1.42.0

Temu:_Team_Up,_Price_Down_v.
1.42.0_automatic_for_appdb.ipa
Uploaded 19 days ago
26.38MB

44 Downloads

**Download** | **View**

## 1.41.0



Temu:_Team_Up,_Price_Down_v.
1.40.0_automatic_for_appdb.ipa
Uploaded 21 days ago
25.83MB

48 Downloads

Download    View

Temu:_Team_Up,_Price_Down_v.
1.39.0_automatic_for_appdb.ipa
Uploaded 20 days ago
25.83MB

44 Downloads

Download    View

## 1.38.0



Temu:_Team_Up,_Price_Down_v.
1.39.0_Robert_uploadedBy_ipabn
b.ipa
Uploaded 21 days ago
25.55MB

651 Downloads

Download    View

## 1.33.0



Temu:_Team_Up,_Price_Down_v.
1.33.0_automatic_for_appdb.ipa

Uploaded 21 days ago
23.51MB

34 Downloads

**Download**   **View**

## 1.31.0



Temu:_Team_Up,_Price_Down_v.
1.31.0_spin_uploadedBy_ipabnb.i
pa
Uploaded 1 year ago
45.24MB

35 Downloads

**Download**   **View**

## 1.9.0



Temu:_Team_Up,_Price_Down_v.
1.24.0_Robert_uploadedBy_ipabn
b.ipa
Uploaded 21 days ago
48.21MB



## 87 Downloads

**Download** **View**

starfiles.co/bundle_id/com.einnovation.temu

### Short URL (sts.st):

sts.st/b/com.einnovation.temu

### Repository (Supports AltStore, ESign, Scarlet, Nitroless, & Glacier):

repo.starfiles.co/b/com.einnovation.temu

**Add to AltStore** **Add to Scarlet** **Add to ESign**

### QR Code:

cdn.starfiles.co/qrcode?data=https%3A%2F%2Fstarfiles.co%2Fbundle_id%2Fcom.einnovation.temu&size=256

### Widget:

```
<a href="//starfiles.co/bundle_id/com.einnovation.temu"><img src="//c
dn.starfiles.co/images/widget?id=com.einnovation.temu&type=bundle_id"
width="300"></a>
```

### QR Code:





Starfiles is a free file sharing service that allows users to store files and share them easily.



Support Starfiles on Patreon
Donate Dogecoin: DADtf4Jx8K6fkv3sqNHpaGj3BPzwoSd774
Donate Bitcoin: 1DaRDFEUCJqmFfi2wjZyS1BNYyqfWDAKYy
Donate Bitcoin Cash: 1DaRDFEUCJqmFfi2wjZyS1BNYyqfWDAKYy
Donate Ethereum: 0x0aB1ce0eBb56b935B8fec6B436847Ff88A5Ef29d

| Uploads 617.5K | Downloads 27.9M | Folders | Storage Hosted 232.78Tb | Bandwidth Served 10.94Pb |

| Images 106.4K | Videos 1K | Audio 399 | Documents 406 | Archives 5.9K | Software 271.7K |

Settings | API | Status | Community | Credits

Transparency | FAQ | Terms of Service | Privacy Policy

humans.txt | hackers.txt | security.txt

Made by Parsa Yazdani
Email

© 2017 - 2024

# APK DOWNLOADER

🏠 **Home**   📱 **Apps**   🎮 **Games**   🔥 **News**   **More**   🔍

## Temu: Shop Like A Billionaire v1.55.2

* MOD Unlocked

Thank you for downloading *Temu: Shop Like a Billionaire* from our site. The following are available links. Just press the button and the file will be automatically downloaded

⬇ **Apk Download**



**What Causes Plaque Psoriasis - It's Not What Most People Think**

Just search on the next page to find the silent but deadly signs.

*sponsored by: TrendSeeker*   READ MORE

## Apps

 Art & Design           Auto & Vehicles

 Books & Refer…        Business

 Communication         Education

 Emulator              Entertainment

 Health                Lifestyle

 Maps & Navig…         Music - Audio

 News & Maga…          Personalization

 Photography           Productivity

 Social                System

 Tools                 Travel & Local

Video Players …       Weather

## Games

## Download FAQs

### What is APK Installer?   ▲

This is an installer developed exclusively by ***https://apkcast.com***. We attach the Cache, OBB file to the single APK file, which helps users to install it quickly and easily.

### The download link is broken!   ▼

### MOD Not Working   ▼



What is OBB? How to install?

Error "App not installed"

### Recommended for You

**Fetch: Have ...**
📷 2.91.0+54.4...
✂ 2.81.2

**Ibotta: Save ...**
📷 6.175.0+169...
✂ Unlocked

**LootBoy: Pac...**
📷 2.103.2+107...
✂ 2.15.1

### You may also like

**Ibotta: Save ...**
📷 6.175.0+169...
✂ Unlocked

**The Home De...**
📷 12.8.2
✂ Unlocked

**LootBoy: Pac...**
📷 2.103.2+107...
✂ 2.15.1

Action Adventure

Arcade Board

Card Casual

Fighting Gambling

Logic MOBA

Music Puzzle

Racing Role Playing

RPG Simulation

Sports Strategy

Survival

**Editor's Choice**

**Three Kingdoms Dynasty Archers..**
· Arcade · Original APK

## Apk Downloader

Are you tired of browsing through the Google Play Store for hours to find the app you need? Have you ever come across an app that is not available in your country or region? Worry no more! The solution to all these problems is an **Apk Downloader**.

An APK downloader is a tool that allows you to download Android apps outside of the Google Play Store. It is an excellent option for those who want to access apps that are not available in their region, or if they can't download them from the Google Play Store for any reason.



**What Causes Plaque Psorasis - It's Not What Most People Think**

Just search on the next page to find the silent but deadly signs.

*sponsored by: TrendSeeker*    READ MORE

One of the significant benefits of using an **APK downloader** is that it gives you access to thousands of apps that are not available in your country. For example, if you live in a country where gambling apps are not allowed on the Google Play Store, you can download them through an APK downloader. Similarly, you can access beta versions of apps that are yet to be released in your region.

Another advantage of using an *APK downloader* is that it allows you to download older versions of an app. Sometimes new updates might have bugs that make the app unusable, or they may have changed features that you liked in the previous version. By using an APK downloader, you can easily download and install the previous version of the app.

However, before downloading any app from an *APK downloader*, make sure that the source is trustworthy. Only download from a reputable source as some APKs may contain malware that could harm your device.

In conclusion, using an APK downloader is a smart choice for those who want to access apps not available in their country or region. However, it is crucial to ensure that you download APKs from a trustworthy source. So what are you waiting for? Download an **APK downloader** today and enjoy access to a whole world of apps outside the Google Play Store!

## How to install APK files on Android?

Firstly, you need to enable installation from unknown sources. This option can be found in your device's settings under "Security" or "Privacy". By default, Android only allows installation from the Google Play Store, so enabling this option is necessary to install APK files.

Once you have enabled installation from unknown sources, the next step is to find a reliable source for downloading the APK file. There are many websites online that allow you to download APK files, but not all of them are trustworthy. Always make sure you download the APK file from a reputable website to avoid malware or viruses infecting your device.

After downloading the APK file, locate it in your device's file manager and tap on it to start the installation process. You may be prompted to grant permission to install the application, which you should allow. The installation process will begin, and once completed, the app will be ready to use.

## Can't download APK?

If you click on any download button after finding the apps you want on our website, you will be prompted to download the apk.

## Is it safe to download apk?

There are concerns about the security of downloadable apps and games. However, thanks to *Apk Download*'s own security protocols and comments used by users, users can be informed about the quality of the resources being downloaded.

## What is the legal status of Apk sites from downloaded files?

As apkcast.com apks are not maintained by us, all we do is present and bring the apps to you.

**Apk Download**

**Mod Apk**

**Premium Apk**

**Unlocked Apk**

**Unlimited Apk**

🔗 **Popular**

ⓘ **Categories**