# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Whaleco, Inc. ) | |
| ) | Case No. 1:24-cv-2050 |
| v. ) | |
| ) | Judge: Hon. Sharon Johnson Coleman |
| temuh.com, temumore.com, ) | |
| temu-shopping.com, riseapk.net, ) | Magistrate: Hon. Jeffrey T. Gilbert |
| freeappmods.com, starfiles.co, and ) | |
| apkcast.com. ) | |
| ) | |

## Declaration of David Gulbransen

I, David Gulbransen, of Oak Park, IL, declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Motion for Entry of a Preliminary Injunction and, if called as a witness, I could and would competently testify as follows:

2. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois.

3. Since and pursuant to the Court's entry of a Temporary Restraining Order and its extension of that TRO in this matter, I have been working with third party domain and service providers to freeze the domains/websites.

4. Genuine and authentic copies of the unpublished decisions cited in Plaintiff's Memorandum of Law in Support of Motion for Entry of a Preliminary Injunction are attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 1st Day of April, 2024.

By:    s/David Gulbransen/
       David Gulbransen